IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:15CR30 |
| Bruce Johnson | ) ) ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 16, 2016 and ending on September 14, 2016. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2016 at Pittsburgh, PA.

/s/ Lee J. Karl
Lee J. Karl
AUSA
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7488
(412) 644-2644 (fax)
PA ID No. 87856(AFF)

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA, CRIMINAL DIVISION
## COURT CASE NUMBER: 1:15CR30; NOTICE OF FORFEITURE

Notice is hereby given that on August 12, 2016, in the case of <u>U.S. v. Bruce Johnson</u>, Court Case Number 1:15CR30, the United States District Court for the Western District of Pennsylvania entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Computer Equipment Ser No: See List (15-FBI-005669), including the following items: 1 Toshiba Laptop Computer containing one Toshiba 500GB SATA HDD, Ser No: 4D051620Q; 1 Sandisk Cruzer 2GB Thumb Drive, Ser No: BE1012VIRB; 1 Sandisk Cruzer 4GB Thumb Drive, Ser No: BH1001OBWN; 1 Sandisk Cruzer 4GB Thumb Drive, Ser No: BH1006VPKB; 1 Sandisk Cruzer Glide 16 GB Thumb Drive, Ser No: BL120523461B; 1 Sandisk Cruzer Glide 4GB Thumb Drive, Ser No: BH130824583B; 1 Blue PNY 4GB Thumb Drive; 1 HP 2GB Thumb Drive, Ser No: 098TM3AC1; 1 20GB Apple IPod, Ser No: 2CD4450Q4W which was seized from Bruce Johnson on May 19, 2015 at 5718 Georgetown Dr., located in Erie, PA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 16, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Room 311, U.S. Post Office & Courthouse, Pittsburgh, PA  15219, and a copy served upon Assistant United States Attorney Lee J. Karl, 700 Grant Street, Suite 4000, Pittsburgh, PA  15219. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 16, 2016 and September 14, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Bruce Johnson

**Court Case No:** 1:15CR30
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/16/2016 | 24.0 | Verified |
| 2 | 08/17/2016 | 24.0 | Verified |
| 3 | 08/18/2016 | 23.7 | Verified |
| 4 | 08/19/2016 | 19.9 | Verified |
| 5 | 08/20/2016 | 23.7 | Verified |
| 6 | 08/21/2016 | 24.0 | Verified |
| 7 | 08/22/2016 | 23.7 | Verified |
| 8 | 08/23/2016 | 24.0 | Verified |
| 9 | 08/24/2016 | 24.0 | Verified |
| 10 | 08/25/2016 | 24.0 | Verified |
| 11 | 08/26/2016 | 24.0 | Verified |
| 12 | 08/27/2016 | 24.0 | Verified |
| 13 | 08/28/2016 | 24.0 | Verified |
| 14 | 08/29/2016 | 24.0 | Verified |
| 15 | 08/30/2016 | 24.0 | Verified |
| 16 | 08/31/2016 | 24.0 | Verified |
| 17 | 09/01/2016 | 24.0 | Verified |
| 18 | 09/02/2016 | 24.0 | Verified |
| 19 | 09/03/2016 | 24.0 | Verified |
| 20 | 09/04/2016 | 24.0 | Verified |
| 21 | 09/05/2016 | 24.0 | Verified |
| 22 | 09/06/2016 | 24.0 | Verified |
| 23 | 09/07/2016 | 23.9 | Verified |
| 24 | 09/08/2016 | 24.0 | Verified |
| 25 | 09/09/2016 | 24.0 | Verified |
| 26 | 09/10/2016 | 24.0 | Verified |
| 27 | 09/11/2016 | 24.0 | Verified |
| 28 | 09/12/2016 | 24.0 | Verified |
| 29 | 09/13/2016 | 24.0 | Verified |
| 30 | 09/14/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.